IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PAUL D. LOWE,** | ) | **CASE NO.  5:08 CV 686** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| | ) | **Magistrate Judge James S. Gallas** |
| | ) | |
| **STARK COUNTY SHERIFF** | ) | **JUDGMENT** |
| **TIMOTHY A. SWANSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Gallas. (Docket #16.) The Petition for Writ Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Paul D. Lowe, is hereby DENIED; Petitioner's Motion for Summary Judgment (Docket #15) is hereby DENIED.  The Petition is hereby DISMISSED in its entirety.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED

                                                    s/Donald C. Nugent
                                                    DONALD C. NUGENT
                                                    United States District Judge

DATED: July 7, 2009